# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE LEE,<br><br>       Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, ACTING<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:14-CV-00433-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed March 26, 2014, Plaintiff Carrie Lee seeks to proceed *in forma pauperis*. Plaintiff has submitted an incomplete declaration: she has failed to complete, sign, and submit the second page of the motion form requesting permission to proceed *in forma pauperis*.  As a result, the Court cannot conclude that Plaintiff satisfies the requirements to proceed *in forma pauperis* according to the provisions of 28 U.S.C. § 1915(a).

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*.  Plaintiff shall submit a completed application or shall pay the filing fee in full within thirty days of this order, or this case shall be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: __**March 28, 2014**__         __**/s/ Sandra M. Snyder**__
                                        UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28