# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CASE NO. 1:14-CV-433- LJO-SMS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL FOR FAILURE TO PROSECUTE |

On March 26, 2014, Plaintiff Carrie Lee, proceeding *in pro se*, filed her social security complaint together with a motion and application to proceed *in forma pauperis* ("IFP"). Docs. 1, 2. On March 28, 2014, the Court denied the motion to proceed IFP because Plaintiff failed to complete, sign, and submit the second page of the motion, and the Court was unable to conclude that she satisfied the IFP requirements. Doc. 3. In the order denying the motion, Plaintiff was given thirty days to submit a completed application or pay the filing fee. She was advised that failure to do so would result in dismissal without prejudice for failure to prosecute. As of July 1, 2015, Plaintiff has not filed a completed IFP application or paid the filing fee.

Hence, it is hereby RECOMMENDED that the action is DISMISSED without prejudice, and the case closed.

These findings and recommendations are submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, Petitioner may file written

objections with the Court, serving a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **July 8, 2015**                                     **/s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE